Rosemary M. Rivas (State Bar No. 209147)
Rosanne L. Mah (State Bar No. 242628)
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: rrivas@zlk.com
         rmah@zlk.com

*Counsel for Plaintiffs Craig McRae*
*and Robert Pasko*

[Additional Counsel on
Signature Page]

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG MCRAE and ROBERT PASKO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RING LLC,<br><br>Defendants. | Case No.  2:20-cv-01312<br><br>**EXHIBIT A IN SUPPORT OF COMPLAINT (DKT. NO. 1)** |

PLEASE TAKE NOTICE that attached hereto is Exhibit A in support of Complaint (Docket No. 1).

Respectfully submitted,

Dated: February 10, 2020      **LEVI & KORSINSKY, LLP**

By: /s/ *Rosanne L. Mah*
Rosemary M. Rivas
Email: rrivas@zlk.com
Rosanne L. Mah
Email: rmah@zlk.com
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

*Counsel for Plaintiffs*

**EXHIBIT A IN SUPPORT OF COMPLAINT (DKT. NO. 1)**

# EXHIBIT A

**From:** **Ring Team** no reply@ring com
**Subject:** mportant Security Update from Ring
**Date:** December 15  2019 at 2:19 PM
**To:** craigjmcrae⬛⬛⬛⬛⬛⬛

RT



# The facts about password security.

You may have seen reports recently about our customers' Ring accounts. Rest assured, we've investigated these incidents and did not find any indication of an unauthorized intrusion or compromise of Ring's systems or network. However, even though Ring's systems were not compromised, we do want to share how these issues occurred, and some easy steps you can take to further protect your Ring account and other online accounts.

# Here's what happened.

Malicious actors obtained some Ring users' account credentials (e.g., username and password) from a separate, external, non-Ring service and reused them to log into some Ring

accounts.

When people reuse the same username and password on multiple services, it's possible for malicious actors to gain access to many accounts.

We've taken appropriate action to block these malicious actors and contacted all affected users directly.

# Here's what you can do now.

Even if your credentials were not obtained by malicious actors, we strongly encourage everyone to enable Two-Factor Authentication and follow these password best practices.

## Enable Two-Factor Authentication.

Turn on this enhanced security feature in the Ring app to receive a unique code via text message to your phone whenever you or someone else attempts to log into your Ring account and is asked for your Ring password. Many other online services offer Two-Factor

Authentication as well, and we encourage you to turn this feature on wherever available in your other online accounts.

**Turn On Now**

## Add Shared Users.

Don't provide your login information to others. If you want to share access to your Ring devices with other people, simply add them as a Shared User. This allows you to maintain control of your account. And if you currently have Shared Users, please ask them to enable Two-Factor Authentication and follow the password best practices below.

**Learn More**

## Use different passwords for each account.

By using different usernames and passwords for your various accounts, you reduce the risk that a malicious actor could reuse credentials compromised from one account to access another of your accounts.

**Learn More**

## Create strong passwords.

When creating a password, use a mix of numbers, letters (both uppercase and lowercase), and symbols – embracing long, non-dictionary based words or phrases.

**Learn More**

## Regularly update your passwords.

It's good practice to update your passwords every 3-6 months. If it has been more than 6 months since you last updated, we recommend updating it now.

**Learn More**

As a neighbor of Ring, your safety is our highest priority. We're committed to helping you keep your home safe and protected – and that means keeping you informed with best practices for your online security, too.

If you have questions or need assistance turning on Two-Factor Authentication or changing your password, please contact help@ring.com.

Wishing you a safe and happy holiday,
**The Ring Team**



©2019 Ring LLC or its affiliates.
1523 26th Street, Santa Monica, CA 90404.

Ring and all related logos are trademarks of
Ring LLC or its affiliates.

Unsubscribe | Privacy | Licenses | Support | Terms of Service